**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**

---

JASMINE GRACE-LOUISE EDWARDS,

                        Plaintiff,                5:19-cv-0923 (BKS/TWD)

v.

CHRISTOPHER MONTGOMERY,

                        Defendant.

---

**Appearances:**

*Plaintiff, pro se:*
Jasmine Grace-Louise Edwards
Syracuse, NY 13207

**Hon. Brenda K. Sannes, United States District Judge:**

## MEMORANDUM-DECISION AND ORDER

Plaintiff pro se Jasmine Grace-Louise Edwards brought this action against Defendant Christopher Montgomery on July 29, 2019. (Dkt. No. 1). Plaintiff's complaint was referred to United States Magistrate Judge Thérèse Wiley Dancks for review. (Dkt. No. 8). After reviewing the complaint under 28 U.S.C. § 1915(e), Magistrate Judge Dancks issued a Report-Recommendation on October 1, 2019, recommending that the complaint be dismissed without prejudice, and without leave to amend, for lack of subject matter jurisdiction. (Dkt. No. 8). Magistrate Judge Dancks advised Plaintiff that under 28 U.S.C. § 636(b)(1) she had fourteen days within which to file written objections to the Report and that the failure to object to the Report within fourteen days would preclude appellate review. (Dkt. No. 8, at 10–11). No objections to the Report-Recommendation have been filed.

As no objections to the Report-Recommendation have been filed, and the time for filing objections has expired, the Court reviews the Report-Recommendation for clear error. *See Petersen v. Astrue*, 2 F. Supp. 3d 223, 228–29 (N.D.N.Y. 2012); Fed. R. Civ. P. 72(b) advisory committee's note to 1983 amendment. Having reviewed the Report-Recommendation for clear error and found none, the Court adopts the Report-Recommendation in its entirety.

For these reasons, it is hereby

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 8) is **ADOPTED** in all respects; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED** without prejudice, and without leave to amend, for lack of subject matter jurisdiction; and it is further

**ORDERED** that the Clerk serve a copy of this Order on Plaintiff in accordance with the Local Rules.

**IT IS SO ORDERED.**

Dated: December 20, 2019
Syracuse, New York

Brenda K. Sannes
U.S. District Judge